JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
EDMUND DARCHER
Special Assistant United States Attorney
6401 Security Blvd.
Baltimore, MD 21235
Telephone: 206-615-2662
Email: edmund.darcher@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA CHANDLER,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:23-cv-01548-DJA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT** |

　　　　Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a 30-day extension of time to file the Certified Administrative Record (CAR) and respond to Plaintiff's Complaint. The CAR and any response to Plaintiff's Complaint are due to be filed by November 27, 2023. This is Defendant's first request for an extension of time. Defendant requests this extension because, despite working diligently to meet the case's deadlines, the undersigned Special Assistant United States Attorney needs additional time to consider the multiple issues raised in the record and determine whether an answer should be filed in this case.

　　　　For these reasons, Defendant requests an extension to December 27, 2023, to respond to

Plaintiff's Complaint. Today, November 22, 2023, the undersigned Special Assistant United States Attorney conferred with Plaintiff's counsel, who has no opposition to the requested extension.

    Defendant therefore respectfully requests an extension of time to file the CAR and respond to Plaintiff's Complaint, through and including December 27, 2023.

Dated: Nov. 22, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Edmund Darcher*
EDMUND DARCHER
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 11/27/2023

2